```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Rahul Manchanda,                    )    Index No 1:19-CV-05121
                                    )
             Plaintiff,             )    NOTICE OF AMENDED COMPLAINT
                                    )    ADDING EDUCATIONAL CREDIT
                                    )    MANAGEMENT CORPORATION AS
                                    )    DEFENDANT
                                    )
-v-                                 )
                                    )
                                    )
                                    )
Navient Student Loans,              )
                                    )
             Defendant.             )
------------------------------------X
```

In accordance with FRCP Rule 15(a) the underlying complaint has now herein been amended to add as co-defendant, Educational Credit Management Corporation ("ECMC"), since no party has either answered or appeared in this action, removed to the SDNY federal court on May 31, 2019 by co-defendant Navient Student Loans.

**Dated:**  June 3, 2019
         New York, NY

_____
Rahul Manchanda, Esq.
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Fax: (212) 968-8601