UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff / Petitioner:** | **AFFIDAVIT OF SERVICE** |
| Rahul Manchanda | Index No: |
| **Defendant / Respondent:** | Index no. 1:19-cv-05121 |
| Navient Student Loans & Educational Credit Management Corporation ("ECMC") | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 330 2nd ave south, suite 150, Minneapolis, MN 55401 That on Thu, Jun 13 2019 AT 10:45 AM AT 111 Washington Avenue South Suite 1400, Minneapolis, MN 55401 deponent served the within Summons in a Civil Action; Amended Complaint; Exhibit A & B on Educational Credit Management Corporation ("ECMC")

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** Educational Credit Management Corporation ("ECMC") a defendant, therein named, by delivering a true copy of each to Kerry Klisch personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be person authorized to accept service thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .

☐ **Non-Service:**

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of MN, in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of MN, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Jun 13, 2019, 10:45 am EDT at 111 Washington Avenue South Suite 1400, Minneapolis, MN 55401 received by Kerry Klisch.
Served upon party authorized to accept.

Description:
Age: 45            Ethnicity: Caucasian            Gender: Female            Weight: 125 lbs.
Height: 5'8"        Hair: Blond            Eyes:            Relationship:
Other

Jeremy M Fuchs

Sworn to before me on   18 June 2019

Notary Public



MICHAEL ANTONY BERNABO
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2023