UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

RAHUL MANCHANDA, ESQ.,

                Plaintiff,

                -against-

NAVIENT STUDENT LOANS and
EDUCATIONAL CREDIT MANAGEMENT
CORPORATION,

                Defendants.

------------------------------------------------------------

19cv5121

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        The oral argument scheduled for January 23, 2020 is rescheduled to January 30, 2020 at 3:30 p.m.

Dated: January 23, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.