UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Rahul Manchanda,

                Plaintiff,                             Index No 1:19-CV-05121

                -against-

Navient Student Loans and
Educational Credit Management Corporation ("ECMC"),

                Defendants.
-----------------------------------------------------------------x

## APPEARANCE OF COUNSEL

To:    To the clerk of court and all parties of records
        I am admitted or otherwise authorized to practice in this court, and I appear in this action, of counsel, as counsel for: Rahul Manchanda.

Date: January 31, 2020

_____
Hannah Whiteker, Esq.

NYS Bar ID: 5465279
SDNY Badge # 28184
Of Counsel to:
Manchanda Law Office PLLC
Attorneys for Plaintiff
30 Wall St 8th floor
New York, NY 10005
Phone: (212) 968-8600