UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

RAHUL MANCHANDA, ESQ.,

                Plaintiff,

                -against-

NAVIENT STUDENT LOANS and
EDUCATIONAL CREDIT MANAGEMENT
CORPORATION,

                Defendants.

-------------------------------------------------------------

19cv5121

SCHEDULING ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        Plaintiff and Defendant Educational Credit Management Corporation shall submit a joint proposed discovery schedule by October 29, 2020.

Dated: October 22, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.