UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

| | : | |
|---|---|---|
| RAHUL MANCHANDA, ESQ., | : | |
| Plaintiff, | : | |
| | : | 19cv5121 |
| -against- | : | |
| | : | ORDER |
| NAVIENT STUDENT LOANS and | : | |
| EDUCATIONAL CREDIT MANAGEMENT | : | |
| CORPORATION, | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

In light of this Court's Memorandum & Order dated September 29, 2020 (ECF No. 47), the Clerk of Court is directed to terminate Navient Solutions, LLC ("Navient")[1] from this action and revise the case caption to reflect that Educational Credit Management Corporation is the sole remaining Defendant.

Dated: October 22, 2020
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

---

[1] Navient is currently misidentified as "Navient Student Loans" in the case caption.