UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
RAHUL MANCHANDA, ESQ.,    :
           :
     Plaintiff,    :
           :
    -against-     :   19cv5121
           :
EDUCATIONAL CREDIT    :   <u>ORDER</u>
MANAGEMENT CORPORATION,  :
           :
     Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

WILLIAM H. PAULEY III, Senior United States District Judge:

    On February 26, 2021, this Court conducted a telephonic conference regarding

Defendant's objections to Plaintiff's request to depose eight current or former employees of

ECMC.  (<u>See</u> ECF No. 66.)   For the reasons set forth on the record, Plaintiff may depose Mithur

Sarang.  But his application to depose seven other current or former ECMC employees is denied

as duplicative and speculative.

    Defendant is directed to either produce Mr. Sarang for a video deposition or

provide Mr. Sarang's last-known address to Plaintiff by March 11, 2021.  If Defendant produces

Mr. Sarang for a deposition, Mr. Sarang need not give his current address, but may instead

provide the address of Defendant ECMC.  In either event, the deposition of Mithur Sarang must

be completed by March 25, 2021.

Dated: February 26, 2021      SO ORDERED:
   New York, New York

               WILLIAM H. PAULEY III
                U.S.D.J.