UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  :

RAHUL MANCHANDA, ESQ.,                          :

               Plaintiff,                               :

        -against-                                    :                    19cv5121

                                   :

EDUCATIONAL CREDIT                             :                    SCHEDULING ORDER
MANAGEMENT CORPORATION,                   :

              Defendant.                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  :

WILLIAM H. PAULEY III, Senior United States District Judge:

        Plaintiff's letter application dated April 7, 2021, (ECF No. 70), requesting a pre-motion conference is granted.  The parties shall appear for a telephonic pre-motion conference on April 23, 2021 at 11:00 a.m.  The dial-in number is (888) 363-4749, and the access code is 3070580.

        At the conference, this Court will also address the parties' applications for sanctions and costs, (ECF No. 68), and to strike or seal, (ECF No. 69).

Dated: April 19, 2021
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.