UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

| | |
|---|---|
| RAHUL MANCHANDA, ESQ., | : |
| Plaintiff, | : |
| -against- | : 19cv5121 |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, | : SCHEDULING ORDER |
| Defendant. | : |

----------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

      The parties having appeared for a pre-motion conference on April 23, 2021, this Court sets the following schedule:

      (1) Each party shall file their respective motion for summary judgment by May 25, 2021.

      (2) Opposition briefs are due by June 18, 2021.

      (3) Reply briefs are due June 28, 2021.

      The parties' motions for summary judgment will be taken on submission. If this Court determines that oral argument is necessary, it will contact the parties to schedule a date. The deadlines to submit a joint pre-trial order and appear for a final pre-trial conference are adjourned pending disposition of the motions for summary judgment.

      Finally, for the reasons stated on the record, Plaintiff's application for sanctions and costs, (ECF No. 68), and Defendant's application to strike or seal, (ECF No. 69), are both denied.

Dated: April 23, 2021
      New York, New York

SO ORDERED:

_/s/ William H. Pauley III_
WILLIAM H. PAULEY III
U.S.D.J.