Kenneth L. Baum, Esq.
**LAW OFFICES OF KENNETH L. BAUM LLC**
167 Main Street
Hackensack, New Jersey  07601
201-853-3030
201-584-0297  Facsimile
Attorneys for Defendant Educational
Credit Management Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHUL MANCHANDA,<br><br>    Plaintiff,<br><br> v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 1:19-cv-05121 (WHP)<br><br>Civil Action<br><br>**NOTICE OF MOTION OF EDUCATIONAL CREDIT MANAGEMENT CORPORATION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56** |

TO: Rahul Manchanda, Esq.
   30 Wall Street, 8th Floor
   New York, NY 10005
   Plaintiff *pro se*

   **PLEASE TAKE NOTICE** that Defendant Educational Credit Management Corporation ("ECMC"), by and through its counsel, Law Offices of Kenneth L. Baum LLC, shall move before the Honorable William H. Pauley III, U.S.D.J., of the United States District Court for the Southern District of New York, at the United States District Court, 40 Foley Square, New York, New York 10007, for entry of an order granting ECMC summary judgment pursuant to Fed. R. Civ. P. 56 and for such other and further relief as the Court deems just and proper (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the undersigned will reply upon the Declarations of Kerry Klisch and Kenneth L. Baum, Esq., Statement of Material Facts, and Memorandum of Law in support of the Motion. A proposed form of order has also been submitted.

**PLEASE TAKE FURTHER NOTICE** that opposition, if any, to the relief sought herein shall be in writing, filed with the Clerk of the District Court, and served upon the undersigned no later than June 18, 2021.

Dated: Hackensack, New Jersey
       May 25, 2021

LAW OFFICES OF KENNETH L. BAUM LLC
Attorneys for Defendant Educational Credit Management Corporation

By: _/s/ Kenneth L. Baum_
    Kenneth L. Baum
