Kenneth L. Baum, Esq.
**LAW OFFICES OF KENNETH L. BAUM LLC**
167 Main Street
Hackensack, New Jersey  07601
201-853-3030
201-584-0297  Facsimile
Attorneys for Defendant Educational
Credit Management Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHUL MANCHANDA,<br><br>                Plaintiff,<br><br>   v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>                Defendant. | CIVIL ACTION NO. 1:19-cv-05121 (WHP)<br><br>Civil Action<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56** |

THIS MATTER having been opened to the Court upon the motion of Defendant Educational Credit Management Corporation ("ECMC"), by and through its counsel, Law Offices of Kenneth L. Baum LLC, for entry of an order granting ECMC summary judgment pursuant to Fed. R. Civ. P. 56 and granting such other and further relief as the Court deems just and proper (the "Motion"); and the Court having considered the papers filed in support of the Motion and in opposition thereto, if any; and the Court having heard oral argument, if any; and for good cause shown;

      IT IS on this ____ day of _____, 2021,

      **ORDERED** that the Motion be and is hereby granted; and it is further

**ORDERED** that ECMC be and is hereby awarded summary judgment pursuant to Fed. R. Civ. P. 56; and it is further

**ORDERED** that Plaintiff's Third Amended Complaint be and is hereby dismissed with prejudice.

                                                                            _____
                                                                            HON. WILLIAM H. PAULEY III
                                                                            United States District Judge

\_\_\_ Opposed
\_\_\_ Unopposed