UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**RAHUL MANCHANDA,**

                Plaintiff,

Index No. 1:19-cv-05121

                -against-

**NAVIENT STUDENT LOANS & EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("ECMC"),**

<u>**NOTICE OF APPEARANCE**</u>

                Defendants.

------------------------------------------------------------------------ X

      **PLEASE TAKE NOTICE** that FAZZIO LAW OFFICES hereby appears in the above-captioned action on behalf of Plaintiff RAHUL MANCHANDA and demands that all papers in this action be served upon the undersigned at the address stated below:

    5 Marine View Plaza, Ste. 218
    Hoboken, NJ 07030
    Phone: (201) 529-8024
    Fax: (201) 529-8011
    Email: jfazzio@fazziolaw.com

DATED:    May 25, 2021
                New York, New York

**FAZZIO LAW OFFICES**

<u>/s/ John P. Fazzio, Esq.</u>
JOHN P. FAZZIO ESQ. (1752)
305 Broadway, 7th Floor
New York, NY 10007
Phone: (201) 529-8024
Fax: (201) 529-8011
Email: <u>jfazzio@fazziolaw.com</u>

*Attorneys for Plaintiff*
*Rahul Manchanda*