UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAHUL MANCHANDA,

                Plaintiff,                      19 **CIVIL** 5121 (LGS)

        -against-                         **JUDGMENT**

EDUCATIONAL CREDIT MANAGEMENT
CORPORATION,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 14, 2022, Plaintiffs' motion for summary judgment is DENIED, and Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         January 18, 2022

                                                      **RUBY J. KRAJICK**

                                                           Clerk of Court
                                        **BY:**
                                                           Deputy Clerk